[Nos. 67962-7-I; 67963-5-I.   Division One.   October 29, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN ROBERT
GRANT, *Appellant*.

Appeals from a judgment of the Superior Court for King
County, No. 10-1-09830-1, Brian D. Gain, J., entered October 28, 2011. *Affirmed* by unpublished per curiam opinion.

[No. 68060-9-I.   Division One.   October 29, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. GERARDO
JARA-AGUIRRE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 11-1-02435-7, James D. Cayce, J., entered
December 9, 2011. *Affirmed* by unpublished per curiam
opinion.

[No. 68151-6-I.   Division One.   October 29, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MARSHALL O.
WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 11-1-02400-4, Monica J. Benton, J., entered
December 2, 2011. *Dismissed* by unpublished per curiam
opinion.

[No. 41912-2-II.   Division Two.   October 30, 2012.]

*In the Matter of the Personal Restraint of* JEREMY JAMES
BONO, *Petitioner*.

Petition for relief from personal restraint. *Denied* by
unpublished opinion per Van Deren, J., concurred in by
Hunt, J., and Bridgewater, J. Pro Tem.